# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> LISA FLANAGAN ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08MJ59 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

MARIO TORRES - RODRIGUEZ

DATED: 1/22/08

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082