FILED

08 MAR 19 AM 11:03

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR222 |
|---|---|---|
| vs | ) ) ) ) ) ) | ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |
| LISA FLANIGAN | ) ) ) | |

ORDER

**It Is Ordered** that the personal surety bond which secured the presence of material witness, **MARIO TORRES-RODRIGUEZ,** is exonerated.

**It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

Maria Teresa Regino-Placente
226 SW 172nd Ave
Beaverton, OR 97006

Dated: 3/18/08

UNITED STATES MAGISTRATE JUDGE

08cr222