**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Ms. Lisa Flanigan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0222-IEG |
| Plaintiff, | ) | DATE: MAY 5, 2008 |
| | ) | TIME: 9:00 A.M. |
| v. | ) | |
| | ) | MOTION FOR AN ORDER RELEASING |
| LISA FLANIGAN, | ) | CRIMINAL HISTORY DOCUMENTS |
| Defendant. | ) | |

TO:  CAROL C. LAM, UNITED STATES ATTORNEY;
     W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY; AND
     LONNIE EVERILL, UNITED STATES PROBATION OFFICER:

Ms. Flanigan respectfully requests an order granting the production of all documents relied upon by United States Probation in determining Ms. Flanigan's alleged prior criminal history, law enforcement contacts, and pending charges. The requested documents are necessary in determining whether the criminal history score attributed to Ms. Flanigan by the probation officer, as well as, the information in the pre-sentence report is correct.

Respectfully submitted,

DATED: April 8, 2008           **/s/ Kris J. Kraus**
                               **KRIS J. KRAUS**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Ms. Flanigan

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Mark Conover
United States Attorney's Office
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619) 557-6519
Fax: (619) 557-5551
Email: mark.conover@usdoj.gov

A copy was served via electronic mail to:

United States Probation Officer Lonnie Everill
Lonnie Everill/CASP/09/USCOURTS

Dated: April 11, 2008             /s/  Kris J. Kraus
                                  KRIS J. KRAUS
                                  Federal Defenders of San Diego, Inc
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467 (tel)
                                  (619) 687-2666  (fax)
                                  e-mail: kris_kraus@fd.org