1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE IRMA E. GONZALEZ)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0222-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| LISA FLANIGAN, | ) | |
| Defendant. | ) | |

Upon application of the defendant, Ms. Flanigan, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all documents relied upon in determining Ms. Flanigan's prior criminal history, law enforcement contacts, and pending charges.

**SO ORDERED.**

**DATED: April 11, 2008**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**