UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0222-IEG |
| Plaintiff, ) | |
| v. ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| LISA FLANIGAN, ) | |
| Defendant. ) | |

Upon application of the defendant, Ms. Flanigan, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all documents relied upon in determining Ms. Flanigan's prior criminal history, law enforcement contacts, and pending charges.

**SO ORDERED.**

**DATED: April 14, 2008**

*[signature: Irma E. Gonzalez]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**