**FILED**

MAY - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LISA FLANIGAN,<br><br>    Defendant. | CASE NO. 08CR0222-IEG<br><br>[~~PROPOSED~~]<br>ORDER AUTHORIZING THE RELEASE OF DEFENDANT'S PROPERTY TO DEFENSE COUNSEL |

Upon application of the defendant, Ms. Flanigan, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Immigration and Customs Enforcement hereby produce all personal property seized by its agents, including but not limited to Ms. Flanigan's laptop computer, at the time Ms. Flanigan was arrested at the Port of Entry in the instant case.

**SO ORDERED.**

DATED: 5/6/08

_____
HONORABLE IRMA E. GONZALEZ
United States District Judge